# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Stephen Lee Horn, III,

          Plaintiff,      Case No. 22-11637

v.      Judith E. Levy
     United States District Judge

Heidi Washington, *et al.*,

     Mag. Judge David R. Grand

          Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [63], AND DENYING PLAINTIFF'S REQUEST FOR A MEDIATION CONFERENCE [66] AS MOOT

Before the Court is Magistrate Judge David R. Grand's Report and Recommendation ("R&R") recommending the Court dismiss Plaintiff's complaint as to Defendant Danielle Gooding.[1] (ECF No. 63.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections

---

[1] The R&R indicates that Gooding is "identified on the docket as 'Doctor of JCF [the G. Robert Cotton Correctional Facility in Jackson, Michigan].'" (ECF No. 63, PageID.400 (alteration in original).)

were filed. The Court has nevertheless carefully reviewed the R&R and concurs in the reasoning and result.[2]

Accordingly, the Report and Recommendation (ECF No. 63) is ADOPTED. Defendant Danielle Gooding ("Doctor of JCF") is DISMISSED WITHOUT PREJUDICE.

Because the only remaining Defendants in this case are John and Jane Doe, Plaintiff's request for a mediation conference (ECF No. 66) is DENIED as MOOT.

IT IS SO ORDERED.

Dated: April 18, 2024　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 18, 2024.

　　　　　　　　　　　　　　　　s/Holly Ryan
　　　　　　　　　　　　　　　　Acting in the absence of
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　Case Manager

---

[2] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).